# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NORTHEASTERN DIVISION

| | |
|---|---|
| KEITH JARRED FLYNN, ) | |
| ) | |
|     Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | No. 2:14-CV-00060 |
| DUSTIN HENSLEY, RYAN ASHBURN, ) | Judge Sharp |
| SEAN MULLIKEN, RICK ) | |
| LANZILOTA, BUTCH BURGESS, and ) | |
| CUMBERLAND COUNTY, ) | |
| ) | |
|     Defendants. ) | |

## ORDER

Magistrate Judge Bryant has issued a Report and Recommendation ("R & R") (Docket No. 35) recommending that Defendants' unopposed Motion for Summary Judgment (Docket No. 27) be granted, that all remaining motions (Docket Nos. 18, 20 & 30) be terminated as moot, and that this action be dismissed with prejudice. Despite being informed that any objections needed to be filed within fourteen days of receipt of the R & R, Plaintiff has filed no objections.

Having conducted a *de novo* review of the record in accordance with Rule 72(b) of the Federal Rules of Civil Procedure, the Court agrees that Defendants are entitled to summary judgment for the reasons stated by Magistrate Judge Bryant.

Accordingly,

(1) The R & R (Docket No. 35) is hereby ACCEPTED and APPROVED;

(2) Defendants' Motion for Summary Judgment (Docket No. 27) is hereby GRANTED; and

(3) All remaining Motions (Docket Nos. 18, 20 & 30) are DENIED AS MOOT.

The Clerk of the Court shall enter a final judgment in accordance with Rule 58.

It is SO ORDERED.

_____
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE